```
                          United States Bankruptcy Court
                          Middle District of North Carolina
```

In re:                                                          Case No. 19-50591-cra
Tony Ray Hedrick                                                Chapter 13
Karen Carlton Hedrick
      Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0418-6          User: ragan              Page 1 of 2             Date Rcvd: Aug 01, 2019
                              Form ID: pdf016          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
```
db/jdb         +Tony Ray Hedrick,    Karen Carlton Hedrick,    311 Ladybug Lane,    Lexington, NC 27292-8746
aty            +D Anthony Sottile,    Sottile & Barile, LLC,    394 Wards Corner Road,    Suite 180,
                 Loveland, OH 45140-8362
785988932      +Coliseum Drive Corporation,    Attn: Officer or Managing Agent,    711 Coliseum Plaza Court,
                 Winston Salem, NC 27106-5350
785988935       Davidson County Tax Department,    P. O. Box 1577,    Lexington, NC 27293-1577
785988936      +First National Bank Of Pennsylvania,    Attn: Officer,    166 Main Street,
                 Greenville, PA 16125-2146
785988937      +Guilford County,    Emergency Services,    1002 Meadowwood Street,    Greensboro, NC 27409-2822
785988939      +Home Point Financial Corporation,    Attn: Officer or Managing Agent,
                 2211 Old Earhart Road, Suite 250,    Ann Arbor, MI 48105-2963
785988941      +Lexington Healthcare,    2917 Penn Forest Boulevard,    Roanoke, VA 24018-4304
785988943       North Carolina Department of Commerce,    Division of Employment Security,    P. O. Box 25903,
                 Raleigh, NC 27611-5903
785988945       North Carolina Department of Revenue,    P. O. Box 1168,    Raleigh, NC 27602-1168
786003638       Novant Health,    PO Box 1123,    Minneapolis, MN 55440-1123
785988946      +Novant Health, Inc.,    Attn: Officer or Managing Agent,    2085 Frontis Plaza Boulevard,
                 Winston-Salem, NC 27103-5614
785988949       PMAB, LLC,    Attn: Officer or Managing Agent,    Eight Water Ridge Plaza,
                 4135 South Stream Blvd., Suite 400,    Charlotte, NC 28217-4636
785988951       Shapiro & Ingle, LLP,    10130 Perimeter Parkway, Suite 400,    Charlotte, NC 28216-0034
785988952       The Honorable William Barr,    U.S. Department of Justice,    950 Pennsylvania Avenue, NW,
                 Washington, DC 20530-0001
785992099       Wake Forest Baptist Health,    Medical Center Blvd,    Winston-salem, NC 27107
785988953      +Wake Forest University Baptist,    Medical Center, Attn:  Officer or,
                 Managing Agent, Legal Affairs,    Medical Center Boulvard,    Winston Salem, NC 27157-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
785988933       E-mail/Text: bankruptcy@firstpointcollectionresources.com Aug 01 2019 18:30:04
                 Credit Bureau,    P. O. Box 26140,    Greensboro, NC 27402-6140
785988938       E-mail/Text: bankruptcy@avadynehealth.com Aug 01 2019 18:29:17     H & R Accounts, Inc,
                 Attn: Officer or Managing Agent,    5320 22nd Avenue,    Moline, IL 61265
785988940       E-mail/Text: cio.bncmail@irs.gov Aug 01 2019 18:29:29     Internal Revenue Service,
                 P. O. Box 7346,    Philadelphia, PA 19101-7346
785988942      +E-mail/Text: Bankruptcies@nragroup.com Aug 01 2019 18:30:11     National Recovery Agency,
                 Attn: Officer or Managing Agent,    P.O. Box 67015,    Harrisburg, PA 17106-7015
785988944       E-mail/Text: cmclennan@ncdoj.gov Aug 01 2019 18:29:39     North Carolina Department of Justice,
                 P. O. Box 629,    Raleigh, NC 27602-0629
785997590      +E-mail/PDF: cbp@onemainfinancial.com Aug 01 2019 18:28:39     OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
785988947      +E-mail/PDF: cbp@onemainfinancial.com Aug 01 2019 18:28:38     OneMain Financial Group, LLC,
                 Attn: Officer or Managing Agent,    100 International Drive, 16th Floor,
                 Baltimore, MD 21202-4683
785988948      +E-mail/PDF: cbp@onemainfinancial.com Aug 01 2019 18:28:53
                 OneMain General Services Corporation,    Attn: Officer or Managing Agent,    601 NW 2nd St #300,
                 Evansville, IN 47708-1013
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Home Point Financial Corporation
785988950*     +PMAB, LLC,    Attn: Officer or Managing Agent,    Eight Water Ridge Plaza,
                 4135 South Stream Blvd., Suite 400,    Charlotte, NC 28217-4636
785988934     ##+Davidson County Rescue Squad, Inc.,    Attn: Officer or Managing Agent,    115 W 9th Avenue,
                 Lexington, NC 27292-3111
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0418-6          User: ragan              Page 2 of 2              Date Rcvd: Aug 01, 2019
                              Form ID: pdf016          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:
              Kathryn L. Bringle,    office@chapter13ws.com
              Scott B. Lewis     on behalf of Debtor Tony Ray Hedrick ScottlyLew@aol.com
              Scott B. Lewis     on behalf of Joint Debtor Karen Carlton Hedrick ScottlyLew@aol.com
                                                                                            TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TONY RAY HEDRICK     xxx-xx-1522 | ) | |
| KAREN CARLTON HEDRICK    xxx-xx-1942 | ) | |
| 311 LADYBUG LANE | ) | |
| LEXINGTON, NC 27292 | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 19-50591 C-13 |
| | ) | |
| Debtor(s). | ) | |

NOTICE OF PLAN AND TIME FOR FILING OBJECTION THERETO

1. The plan filed by the Debtor(s) on July 30, 2019, Docket No. 21 ("Proposed Plan"), will be confirmed without a hearing after the time period for filing objections has expired unless a timely objection is filed or the Court issues a further notice of hearing on confirmation.

2. If a timely objection is filed, a hearing on the objection to confirmation and on confirmation of the Proposed Plan will be held on September 11, 2019, at 9:30 a.m., in the Courtroom, U.S. Bankruptcy Court, 601 West 4th Street, Suite 100, Winston-Salem, NC, 27101. The party objecting must appear at the hearing.

3. Written, detailed objections must be filed at least **seven (7)** days before the date set for hearing on confirmation. Any objection must be filed with the Clerk of Court via CM/ECF or at U.S. Bankruptcy Court, 601 West 4th Street, Suite 100, Winston-Salem, NC, 27101, with copies served on (1) Kathryn L. Bringle, Trustee, P.O. Box 2115, Winston-Salem, NC, 27102-2115; (2) the Attorney for the Debtor(s); and (3) the Debtor(s). If the objecting party is a business entity other than a sole proprietorship, the objection must be filed by legal counsel admitted to practice in this Court.

4. The Debtor(s) and the Attorney for the Debtor(s) are required to appear at any hearing on confirmation.

5. Any order confirming the plan will be served on all parties.

DATE: August 1, 2019                        Office of the Clerk
                                                                         Reid Wilcox, Clerk