UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:                                        )
                                              )
TONY RAY HEDRICK            xxx-xx-1522        )
KAREN CARLTON HEDRICK       xxx-xx-1942        )
311 LADYBUG LANE                              )
LEXINGTON, NC 27292                           )
                                              )
                                              )
                                              )      Case No. 19-50591  C-13
                                              )
              Debtor(s).                       )


<u>NOTICE OF AMENDED PLAN AND TIME FOR FILING OBJECTION THERETO</u>


    1.    The amended plan filed by the Debtor(s) on <u>September 9, 2019</u>, Docket No. <u>31</u> ("Proposed Plan"), will be confirmed without a hearing after the time period for filing objections has expired unless a timely objection is filed or the Court issues a further notice of hearing on confirmation.

    2.    If a timely objection is filed, a hearing on the objection to confirmation and on confirmation of the Proposed Plan will be held on <u>October 17, 2019</u>, at 9:30 a.m., in the Courtroom, U.S. Bankruptcy Court, 601 West 4th Street, Suite 100, Winston-Salem, NC, 27101.  The party objecting must appear at the hearing.

    3.    Written, detailed objections must be filed at least **seven (7)** days before the date set for hearing on confirmation.  Any objection must be filed with the Clerk of Court via CM/ECF or at U.S. Bankruptcy Court, 601 West 4th Street, Suite 100, Winston-Salem, NC, 27101, with copies served on (1) Kathryn L. Bringle, Trustee, P.O. Box 2115, Winston-Salem, NC, 27102-2115; (2) the Attorney for the Debtor(s); and (3) the Debtor(s).  If the objecting party is a business entity other than a sole proprietorship, the objection must be filed by legal counsel admitted to practice in this Court.

    4.    The Debtor(s) and the Attorney for the Debtor(s) are required to appear at any hearing on confirmation.

    5.    Any order confirming the plan will be served on all parties.


DATE: <u>September 10, 2019</u>                  Office of the Clerk
                                              Reid Wilcox, Clerk